SCWC-12-0001115

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

ALVAH L. RUIS,
Petitioner/Defendant-Appellant,

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0001115; CR. NO. 09-1-0245K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack and Wilson, JJ.)

Petitioner/Defendant-Appellant Alvah L. Ruis'

Application for Writ of Certiorari filed on June 18, 2014, is

hereby rejected.

DATED:  Honolulu, Hawai‘i, July 30, 2014.

Frank L. Miller
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

